## PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1923,
at the Post Office, Cleveland, Ohio,
under the Act of March 3, 1879

Issued Every Saturday            50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance.......$15.00
Single Numbers ................................. .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date

NEW RULE, effective July 1, 1926—All delinquents
for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone .......................... $7.50

Subject to 20 percent, if cash paid with order

Abstract, one year, and Ternary Digest, if ordered
and paid for together, net.......................$18.00

June Semi annual Digest, Free to all paid Abstract
Subscribers. To non-subscribers to Abstract, net.. $1.50

December Annual Digest (Supplement to Ternary)
1926, net .................................... $3.00

To non subscribers to Abstract, net............. $5.00

### THE LAW ABSTRACT COMPANY

Office Editorial Rooms and Library
13916 Euclid Avenue, Cleveland, O.

Address all mail communications to
P. O. Box 2455, Cleveland

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

## THIS DIGEST

In this issue of the Abstract, we give the digest matter that arises from the cases reported in it, during the recent months of July, August and September. It is a continuance of the June 30, 1926, Semi-annual and brings current digesting down to October 1. There will be also another quarterly digest in December, covering the last three months of this year, or if not, a semi-annual, covering the last half of 1926, will be published including, of course, the paragraphs that will otherwise appear in the October-December quarterly. Code notes, covering the past six months and also the Concordance will appear in the Abstract of November 6. We call attention, also, to the fact that the system used in the Digest, joins it to the Ternary Digest, and our 1926 Digesting will continue it so as to produce a four-year Digest for lawyers who have the Ternary.

## PROCEEDINGS OF SUPREME COURT

FRIDAY, OCT. 8, 1926

MOTION DOCKET

19943—Alphonse B. Caldwell et v. State; motion for Franklin Appeals to certify. Allowed.

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

Morrow v. Hess, Aud............................ 20123
Portsmouth (City) v. Pub. Util. Comm......... 20125
Reitler v. Pub. Util. Comm............... 20120-20121
Scher-Hirst v. Clothing Workers of America..... 20124
Smith v. Fremont (City)........................ 20119
Tried Stone Baptist Inc. v. Oheb Zedek Congregation ....................................... 20122

OCT. 4, 1926

20119—J. Bell Smith v. City of Fremnot. Error to Sandusky Appeals. H. Fry, D. B. Love and H. C. De-Ran, Fremont, for pltf; Garn and Stout, Fremont, for deft.

OCT. 6, 1926

20120—Chris Reitler v. Public Utilities Commission. Error to Public Utilities Commission of Ohio. J. S. Carlisle, Columbus, and R. W. Sanborn, Cleveland, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

20121—Same. Same attorneys.

OCT. 8, 1926

20122—Tried Stone Baptist Inc. v. Oheb Zedek Congregation. Motion for Cuyahoga Appeals to certify. W. H. Randolph and J. G. Roundtree, Cleveland, for pltf; S. N. Weitz, Cleveland, for deft.

20123—Thomas H. Morrow v. William F. Hess, Auditor of Hamilton County. Motion for Hamilton Appeals to certify. Peck, Shaffer and Williams; Nichols, Morrill, Stewart and Ginter, Cincinnati, for pltf; C. S. Bell and Sylvester Hickey, Cincinnati, for deft.

OCT. 9, 1926

20124—Scher-Hirst v. Joint Board of Amalgamated Clothing Workers of America. Motion for Cuyahoga Appeals to certify. W. D. Meals, Cleveland, for pltf; J. A. Cline, Cleveland, for deft.

OCT. 12, 1926

20125—City of Portsmouth v. Public Utilities Commission of Ohio. Error to Public Utilities Commission. D. W. Gustin, S. A. Kelton, Harold McLaugghlin and Henry Bannon, Portsmouth, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.